| | | |
|---|---|---|
| AUSA: Barbara Lanning | | Telephone: (313) 226-9100 |
| Special Agent: Christopher Pennisi | | Telephone: (313) 965-2323 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Deloneo Duvall David Breham

Case No. 21-30090

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 22, 2021 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2119 | Carjacking |
| 18 USC § 924(c) | Use of a firearm in relation to a crime of violence (carjacking) |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher S. Pennisi, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _ February 24, 2021 _

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                       Plaintiff,                CASE NO.

-vs-

                                       HON.

DELONEO DUVALL DAVID BREHAM,

                       Defendant.

_____/

## AFFIDAVIT IN SUPPORT OF
## A COMPLAINT AND ARREST WARRANT

I, Christopher S. Pennisi, being duly sworn, depose and state as follows:

## I.     INTRODUCTION

1.     I have been employed as a Special Agent of the Federal Bureau of Investigation for fifteen years, and am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2.     I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3.     I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4.     The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5.     This affidavit is made in support of a criminal complaint charging Deloneo Duvall David Breham with taking a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119.

6.     This affidavit is also made in support of a criminal complaint charging Breham with use of a firearm in relation to a crime of violence (carjacking) in violation of 18 U.S.C. § 924(c).

## II.    SUMMARY OF THE INVESTIGATION

7.     At approximately 12:35 am on February 22, 2021, victim C.J. stopped at the BP gas station located at 2153 Gratiot Avenue, Detroit, Eastern District of Michigan. A black male, later identified as  Deloneo Duvall David Breham, approached C.J. as he was pumping gas into his 2019 Dodge Ram 1500. Breham walked up to C.J. drew a black handgun, and told C.J. "give me the keys."

C.J. told Breham to back up and leave him alone.  Breham then shot C.J. while still

demanding the keys.

8.      As Breham tried to open the vehicle's driver's door, C.J.—a

concealed pistol licensee—drew his own handgun and shot back at Breham, hitting

him in the leg. Breham fled on foot following the exchange of gunfire at

approximately 12:39 a.m.

9.      Breham shot C.J. in the left leg just above the knee. The shot partially

severed an artery in C.J.'s leg. Medics transported C.J. to the hospital. C.J. later

provided a statement to officers and described Breham as a black male in his early

to mid-thirties, wearing a mask, tan boots and black coat with fur on the hood.

10.     This incident was captured on the gas station's exterior surveillance

video. The video shows that the person that shot C.J. was a black male wearing a

black jacket with fur on the hood, black pants and tan boots. See Image 10a:



***Image 10a***

11.     Bystanders on the scene provided a description of the shooter to police. The description was relayed to officers patrolling nearby.  While looking for the shooter near the intersection of Chene Street and East Vernor Highway, Detroit Police officers observed a black male matching the description wearing a green jacket with a fur hood, dark jeans and tan boots at 12:46 a.m. The male—later identified as Breham—looked at the scout car and ran from police. After a short pursuit, officers found Breham hiding in bushes near Chene Street and East Vernor Highway.  The Chene Street and East Vernor Highway intersection is less than a quarter mile from the BP gas station. See Image 11a:



*Image 11a*

12.     Breham was first spotted by officers at 12:46 a.m., approximately 7 minutes after shooting C.J. and attempting to take his vehicle. He was taken into custody shortly after. Breham told the arresting officers he had been shot in the leg. Breham was then conveyed to the hospital and treated for his injury. Breham's coat—which retails for $1,224.00—was seized as evidence and photographed. See Images 12a and 12b:



**Image 12a**                    **Image 12b**

Breham's coat has a distinctive gold badge on the left sleeve that is visible in the BP's surveillance video. See Image 12c:



*Image 12c*

13.    After C.J. was out of surgery, officers  presented him with a photo line-up containing Breham's photograph. C.J. did not identify Breham.

14.    Breham has the following felony convictions:

    a.    16th Circuit Court – 14-4070-FH – Receiving and Concealing Stolen Property Motor Vehicle ("RCSP-MV") – 168 days jail and 2 years' probation.

    b.    16th Circuit Court – 15-0591-FH – Larceny from Motor Vehicle – 75 days jail and 2 years' probation.

c.    16th Circuit Court – 17-2435-FH – Larceny in a Building – 1 year  jail.

d.    3rd Circuit Court – 20-1597-FH – Unlawful Driving Away Automobile/RCSP-MV. Breham is currently pending sentence in this case.

15.    Based on the VIN number assigned to C.J.'s Dodge Ram, it was manufactured in Michigan.  However, C.J. has driven the truck into Canada numerous times, and as such was "transported in interstate commerce" as recited in 18 U.S.C. § 2119.

### III.    CONCLUSION

16.    Based on the above information, probable cause exists that Breham tried to take a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119, and used a firearm in relation to a crime of violence (carjacking) in violation of 18 U.S.C. § 924(c).

17.    In consideration of the foregoing, I respectfully request that this Court issue a complaint against Breham for violation of 18 U.S.C. §§ 2119 and 924(c).

18.     Further, in consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for Breham for violation of 18 U.S.C. §§ 2119 and 924(c).

Respectfully submitted,

Christopher S. Pennisi, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

Date:   February 24, 2021